IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT LASHUN CHANDLER,

    Plaintiff,
v.　　　　　　　　　　　　　　　　　　　CASE NO. 4:16-cv-772-MW-GRJ

MIKE WOOD,
et al.
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff initiated this case by filing a civil rights complaint and a motion for leave to proceed as a pauper. ECF No. 1, 2. Plaintiff's motion is deficient because he failed to file a certified copy of his inmate account statement for the six-month period preceding the filing of the complaint. ECF No. 2. The Court ordered Plaintiff to provide the necessary information, and afforded him an extension of time to do so. ECF No. 7. That Order was returned as undeliverable. The Leon County Jail online inmate locator reflects that Plaintiff is no longer confined there. Plaintiff has failed to provide the Court with a current address, and therefore it appears that Plaintiff has abandoned this case.

Accordingly, it is respectfully **RECOMMENDED** that this case be

**DISMISSED** without prejudice for failure to prosecute.

**IN CHAMBERS** this 26th day of April 2017.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**