# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ROBERT LASHUN CHANDLER,**

    **Plaintiff,**

v.                                         Case No. 4:16cv772-MW/GRJ

**MIKE WOOD, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to prosecute." The Clerk shall close the file.

**SO ORDERED on May 24, 2017.**

                                                                  s/Mark E. Walker     
                                                                   **United States District Judge**

---

[1] Plaintiff has failed to keep the Clerk's office advised of his current address as evidenced by returned mail. ECF No. 13.